IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ELISA S. GALLO, M.D.,

    Plaintiff,

  v.

DAWN HARRIS,

    Defendant.

Case No. 19-cv-591-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Dawn Harris against plaintiff Elisa S. Gallo, M.D. and dismissing this case.

| s/V. Olmo, Deputy Clerk | 5/13/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |